# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| BOARD OF TRUSTEES, *et al.*, | No. C 11-0030 LB |
| Plaintiffs, | **ORDER REGARDING HEARING ON MOTION FOR DEFAULT JUDGMENT AND CALCULATION OF INTEREST** |
| v. | |
| TOTAL AIR BALANCE, INC., | |
| Defendant. | |

In the above-captioned matter, Plaintiffs filed a motion for default judgment, which is noticed for December 1, 2011. ECF No. 21 at 1. To reduce costs, the court invites Plaintiffs to appear by telephone. If Plaintiffs wish to appear by telephone, they shall coordinate the telephonic appearance with courtroom deputy Lashanda Scott who can be reached at 51-637-3525.

After its initial review of Plaintiffs' motion, the court has identified only one remaining issue. Plaintiffs request $9,504.11 in accrued interest. Maraia Decl., ECF No. 23 at 5, ¶ 17. In checking Plaintiffs' calculations, the court's calculations for interest due on the June 2011 contributions came to $249.96 less than the $941.58 sought by Plaintiffs. Plaintiffs should be prepared to explain their interest calculations for this period at the hearing or they may submit a written explanation in advance. Plaintiffs also shall serve this order on Total Air Balance by mail.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-0030 LB
ORDER REGARDING HEARING AND CALCULATION OF INTEREST